# Forsythe
APPRAISALS, LLC

1093761
File No. 52102402a

*Providing Quality Appraisals and Unparalleled Service Since 1940*



**Client:** American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

**Borrower:** Evan Blum

**Address:** 222 Alton Bradford Road
Hopkinton, RI 02808

**Value:** $450,000

**Date:** December 8, 2005

**Appraiser:** Michael Downing
RI Certified Res. R.E. Appraiser #A01178R

**License:** A01178R

*The Nation's Largest Independent Provider of Residential Appraisals*

www.forsytheappraisals.com

1023 Waterman Avenue, East Providence, RI 02914 Phone: (401) 480-8831 // Fax: (401) 490-8635

"EXHIBIT B"

1092761
File No. 52102402a

Forsythe
APPRAISALS, LLC

December 8, 2005

American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

File Number: 52102402a

In accordance with your request, I have personally inspected and appraised the real property at:

222 Alton Bradford Road
Hopkinton, RI 02804

The purpose of this appraisal is to estimate the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the estimated market value of the property as of December 8, 2005 is:

$450,000
Four Hundred Fifty Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final estimate of value, descriptive photographs, limiting conditions and appropriate certifications.

Sincerely,

Michael Downing
RI Certified Res. R.E. Appraiser #A01178R

1099781

# Uniform Residential Appraisal Report

File No. 62102402a

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

Property Address 222 Alton Bradford Road City Hopkinton State RI Zip Code 02808

Borrower Evan Blum Owner of Public Record Milton and Betty Salomon County Washington

Legal Description On File at Hopkinton Town Assessors

Assessor's Parcel # 006-000-0034A Tax Year 2006 R.E. Taxes $ 6,061.44

Neighborhood Name Bradford Map Reference SMSA -39300 Census Tract 0507.00

Occupant [ ] Owner [ ] Tenant [X] Vacant Special Assessments $ N/A [ ] PUD HOA $ N/A [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [X] Purchase Transaction [ ] Refinance Transaction [ ] Other (describe)

Lender/Client American Home Mortgage Address 538 Broadhollow Road, Melville, NY 11747

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No

Report data source(s) used, offering price(s), and date(s). Purchase and sales agreement and owner. Purchase and sale signed on 10/3/05. The sale is private and subject was not listed on the open market.

I [X] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. All information is valid and appears to be in order as it pertains to sale price, parties involved, sale price and property description.

Contract Price $ 525,000 Date of Contract 10/3/05 Is the property seller the owner of public record? [X] Yes [ ] No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid. $ ________ There were no seller concessions noted in the purchase and sales agreement.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE $(000) / AGE (yrs) | One-Unit 70 % |
| Built-Up | [ ] Over 75% | [X] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | 250 Low / New | 2-4 Unit % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 700 High / 150 | Multi-Family % |
| | | | | | | | | 475 Pred. / 75 | Commercial % |
| | | | | | | | | | Other 30 % |

Neighborhood Boundaries The subject is bounded to the north by Route 95, to the south by Westerly town line, to the west by Route 3, and to the east by Charlestown town line.

Neighborhood Description The subject is located in a low density neighborhood made up of similar properties in average condition. The subject has direct river frontage with recreational access. The subject has good linkage to Interstate 95 which leads to many employment centers.t.

Market Conditions (including support for the above conclusions) MLS statistics indicates that sellers are receiving 3-5% of listing price with an average marketing time of 90 days or less. Seller concessions or buydowns are not prevalent.

Dimensions Subject to Survey Area 893,415 SF / 20.50 Acres Shape Rectangular View Res/River Fr

Specific Zoning Classification RFR80 Residential Zoning Description 80,000 SF Minimum Lot Size

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe. The highest and best use of the subject property as improved is the present use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [ ] | [X] Well | Street Asphalt | [X] | [ ] |
| Gas | [ ] | [X] Oil | Sanitary Sewer | [ ] | [X] Septic | Alley | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No FEMA Flood Zone C FEMA Map # 440028 0008B FEMA Map Date 03/18/1981

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe. There were no adverse site conditions or external factors noted at the time of inspection.

| | | | |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls Concrete Blk/Avg | Floors WWC/Slate/Avg |
| # of Stories 1 | [X] Full Basement [ ] Partial Basement | Exterior Walls Frame/Avg | Walls Plaster/Avg |
| Type [ ] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 1288 sq. ft. | Roof Surface Asphalt/Avg | Trim/Finish Painted Wd/Avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts Aluminum/Avg | Bath Floor Tile/WWC/Avg |
| Design (Style) Ranch | [X] Outside Entry/Exit [ ] Sump Pump | Window Type Casement/Avg | Bath Wainscot Tile/Average |
| Year Built 1960 | Evidence of [ ] Infestation | Storm Sash/Insulated Storms/Avg | Car Storage [ ] None |
| Effective Age (Yrs) 10-15 | [ ] Dampness [ ] Settlement | Screens Screens/Avg | [X] Driveway # of Cars 8-10 |
| Attic [ ] None | Heating [ ] FWA [ ] HWBB [ ] Radiant | Amenities [X] Woodstove(s) # 1 | Driveway Surface Gravel |
| [ ] Drop Stair [ ] Stairs | [X] Other FHA Fuel Oil | [X] Fireplace(s) # [ ] Fence | [ ] Garage # of Cars |
| [ ] Floor [X] Scuttle | Cooling [ ] Central Air Conditioning | [X] Patio/Deck Deck [ ] Porch | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool [ ] Other | [ ] Att. [ ] Det. [ ] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains: 6 Rooms 3 Bedrooms 2 Bath(s) 2,184 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). The subject has solar panels for heating the greenhouse and main house.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). There are no noted signs of any functional or external inadequacies. Physical depreciation is typical with that of other similar age dwellings within this market. The interior decor has good appeal and the subject's overall condition is average for its market.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe. There were no physical deficiencies or adverse conditions noted at the time of inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe. The property conforms to the neighborhood as it pertains to functional utility, style, condition, use and construction.

1093761
File No. 52102402a

# Uniform Residential Appraisal Report

There are 3 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 375,000 to $ 600,000.
There are 12 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 300,000 to $ 700,000.

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 222 Alton Bradford Road Hopkinton | 25 Willow Drive Hopkinton, RI 02832 | | 186 Arcadia Road Hopkinton, RI 02832 | | 100 Cedarwood Lane Hopkinton, RI 02832 | |
| Proximity to Subject | | 6.37 miles NNW | | 7.97 miles N | | 3.24 miles N | |
| Sale Price | $ 825,000 | | $ 422,000 | | $ 430,000 | | $ 440,000 |
| Sale Price/Gross Liv. Area | $ 377.75 sq. ft. | $ 196.28 sq. ft. | | $ 208.43 sq. ft. | | $ 188.39 sq. ft. | |
| Data Source(s) | | MLS #643394 // DOM-13 | | MLS #438213 // DOM-416 | | MLS #640299 // DOM-66 | |
| Verification Source(s) | | Tax Records | | Tax Records | | Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Conventional None | | Conventional None | | Conventional None | |
| Date of Sale/Time | [illegible] | 7/27/05 TT | | 9/30/05 TT | | 10/31/05 TT | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 10.00 Acres | 0.58 Acres | 9,500 | 1.60 Acres | 8,500 | 1.80 Acres | 8,500 |
| View | Res/River Fr | Res/Freshwater Fr | | Res/River Fr | | Residential | 25,000 |
| Design (Style) | Ranch | Cottage | | Cottage | | Ranch | |
| Quality of Construction | Average Quality | Average Quality | | Average Quality | | Average Quality | |
| Actual Age | 45+/- Years | 101 Years | | 30 Years | | 12 Years | -10,000 |
| Condition | Avg Condition | Avg Condition | | Avg Condition | | Good Condition | -10,000 |
| Above Grade Room Count (Total / Bdrms. / Baths) | 6 / 3 / 2 | 9 / 3 / 2 | | 10 / 4 / 3 | -4,000 | 6 / 3 / 2 | |
| Gross Living Area | 2,184 sq. ft. | 2,150 sq. ft. | | 2,063 sq. ft. | | 2,335 sq. ft. | -1,500 |
| Basement & Finished Rooms Below Grade | Full Unfinished | Crawl Not Applicable | 5,000 | Full Finished | -3,000 | Full Finished | -3,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FHA/None | HWW/None | | HWW/None | | FHA/Central | -3,000 |
| Energy Efficient Items | Solar Panels | Standard | 8,000 | Standard | 5,000 | Standard | 5,000 |
| Garage/Carport | 8-10 Car Driveway | Two Det Garage | -4,000 | Off Street | | Two Att Garage | -4,000 |
| Porch/Patio/Deck | Deck | Screen Porch | -1,000 | Deck | | Deck | |
| Amenities | WBFP-1, WoodStove | WBFP-1 | 1,000 | WBFP-1 | 1,000 | WBFP-1 | 1,000 |
| Amenities | Outbuilding,Dock | None | 4,000 | Dock | 1,000 | None | 4,000 |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 19,500 | [X] + [ ] - | $ 8,500 | [X] + [ ] - | $ 12,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 4.6% Gross Adj. 7.0% | $ 441,500 | Net Adj. 2.0% Gross Adj. 6.2% | $ 438,500 | Net Adj. 2.7% Gross Adj. 17.0% | $ 452,000 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain MLS,Public Records,B&T

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) MLS,Public Records,B&T
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) MLS,Public Records,B&T
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No sales within the | No sales within the | No sales within the | No sales within the |
| Price of Prior Sale/Transfer | past 36 months. | past 36 months. | past 36 months. | past 36 months. |
| Data Source(s) | MLS,Public Records,B&T | MLS,Public Records,B&T | MLS,Public Records,B&T | MLS,Public Records,B&T |
| Effective Date of Data Source(s) | 12/8/05 | 12/8/05 | 12/8/05 | 12/8/05 |

Analysis of prior sale or transfer history of the subject property and comparable sales The subject has not sold in the past 36 months and is currently under agreement for $825,000 through a private sale. The sale price appears above the current market values for similar properties within the market. All comparables have not been sold in 36 months or listed in the past 12 months.

Summary of Sales Comparison Approach. See Attached Addendum

Indicated Value by Sales Comparison Approach $ 450,000

Indicated Value by: Sales Comparison Approach $ 450,000 Cost Approach (if developed) $ 0 Income Approach (if developed) $

The client and appraiser have agreed that the sales comparison approach is the most relevant analysis in this assignment, and the appraiser has determined that there is sufficient information to develop a credible opinion of value by this approach alone.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: See Attached Addendum

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 450,000 as of December 8, 2005, which is the date of inspection and the effective date of this appraisal.

1089761

# Uniform Residential Appraisal Report

File No. 52102402a

**Subject Property Identification:**

The appraiser has viewed all readily accessible areas of the dwelling (and any other building structure located on the property). This complete visual inspection is not intended to be the same depth or for the same purpose as a home inspection. The appraiser has viewed the property solely for valuation purposes and to observe property characteristics that a typical purchaser would consider in their decision making process, as well as those items outlined in the assumptions and limited conditions and certification to this appraisal.

**Sources of Information:**

The appraisal is based on the information gathered from public records; viewing of the subject property, neighborhood and comparable properties; and other sources specifically identified in this report. When conflicting information has been discovered, the sources deemed most reliable have been used.

**Intended Users:**

This report is intended for use only by the lender/client stated. Use of this report by others is not intended by the appraiser. Other parties cited in the certification #23 of this report who choose to rely on this appraisal may only do so within the reported scope of work agreed upon between the client and the appraiser, for the intended use stated herein.

[illegible]

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) **N/A**

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ........ = $ |
| Source of cost data | Dwelling 2,184 Sq. Ft. @ $ ........ = $ 0 |
| Quality rating from cost service Effective date of cost data | Bsmt: 1288 Sq.Ft. Sq. Ft. @ $ ........ = $ 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | |
| The client and appraiser have agreed that since sufficient | Garage/Carport Sq. Ft. @ $ ........ = $ |
| information exists to develop a credible opinion of value by the | Total Estimate of Cost-New ........ = $ 0 |
| sales comparison approach, the cost approach has not been | Less Physical / Functional / External |
| developed. | Depreciation = $( 0) |
| | Depreciated Cost of Improvements ........ = $ 0 |
| | "As-is" Value of Site Improvements ........ = $ |
| Estimated Remaining Economic Life (HUD and VA only) Years | INDICATED VALUE BY COST APPROACH ........ = $ 0 |

[illegible]

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

[illegible]

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of an existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

1093751
File No. 62102402a

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

1093761

# Uniform Residential Appraisal Report

File No. 521024028

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

1093761
File No. 62102402a

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature [signature] Michael Downing
Name Michael Downing
Company Name Forsythe Appraisals, LLC
Company Address 1023 Waterman Avenue
East Providence, RI 02914
Telephone Number 401-490-9531
Email Address providence@providence.forsytheappraisals.com
Date of Signature and Report December 20, 2005
Effective Date of Appraisal December 5, 2005
State Certification # A01176R
or State License # ____
or Other (describe) ____ State # ____
State RI
Expiration Date of Certification or License 10/20/07
RI Certified Res. R.E. Appraiser #A01176R

ADDRESS OF PROPERTY APPRAISED
222 Alton Bradford Road
Hopkinton, RI 02806

APPRAISED VALUE OF SUBJECT PROPERTY $ 450,000

LENDER/CLIENT
Name ____
Company Name American Home Mortgage
Company Address 538 Broadhollow Road
Melville, NY 11747
Email Address ____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature ____
Name ____
Company Name ____
Company Address ____
Telephone Number ____
Email Address ____
Date of Signature ____
State Certification # ____
or State License # ____
State ____
Expiration Date of Certification or License ____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection ____
☐ Did inspect interior and exterior of subject property
Date of Inspection ____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection ____

# Uniform Residential Appraisal Report

1093761
File No. 62102402a

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 222 Alton Bradford Road Hopkinton | 10 Ryan Circle Hopkinton, RI 02832 | | 68-73 North Road Hopkinton, RI 02832 | | | |
| Proximity to Subject | | 7.12 miles N | | 5.37 miles NNW | | | |
| Sale Price | $ 825,000 | | $ 450,000 | | $ 485,000 | | $ |
| Sale Price/Gross Liv. Area | $ 377.75 sq.ft. | $ 218.66 sq.ft. | | $ 360.86 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS #450995 // DOM-30 | | MLS #449742 // DOM-150 | | | |
| Verification Source(s) | | Public Records,B&T | | Public Records,B&T | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Conventional None | | Conventional None | | | |
| Date of Sale/Time | | 12/17/04 TT | | 8/31/05 TT | | | |
| Location | Suburban | Suburban | | Suburban | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 10.00 Acres | 19.00 Acres | | 25.60 Acres | -30,000 | | |
| View | Res/River Fr | Res/Freshwater Vw | 10,000 | Residential | 25,000 | | |
| Design (Style) | Ranch | Cape | | Cottage | | | |
| Quality of Construction | Average Quality | Average Quality | | Average Quality | | | |
| Actual Age | 45+/- Years | 11 Years | -10,000 | 65 Years | | | |
| Condition | Avg Condition | Good Condition | -10,000 | Avg Condition | | | |
| Above Grade Room Count | Total 6 Bdrms 3 Baths 2 | Total 8 Bdrms 4 Baths 2 | | Total 5 Bdrms 2 Baths 1 | 4,000 | Total Bdrms Baths | |
| Gross Living Area | 2,184 sq.ft. | 2,058 sq.ft. | | 1,344 sq.ft. | 8,000 | sq.ft. | |
| Basement & Finished Rooms Below Grade | Full Unfinished | Full Unfinished | | Crawl Not Applicable | 5,000 | | |
| Functional Utility | Average | Average | | Two Bedroom | 2,000 | | |
| Heating/Cooling | FHA/None | FHW/None | | FHW/None | | | |
| Energy Efficient Items | Solar Panels | Standard | 6,000 | Standard | 5,000 | | |
| Garage/Carport | 6-10 Car Driveway | Two Det Garage | -4,000 | Two Det Garage | -4,000 | | |
| Porch/Patio/Deck | Deck | Deck,Porch | -2,000 | None | 4,000 | | |
| Amenities | WBFP-1, WoodStove | WBFP-1 | 1,000 | None | 3,000 | | |
| Amenities | Outbuilding,Dock | None | 4,000 | Outbuilding | 3,000 | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 6,000 | ☒ + ☐ - | $ 26,000 | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. -1.3% Gross Adj. 10.2% | $ 444,000 | Net Adj. 5.2% Gross Adj. 19.2% | $ 510,000 | Net Adj. % Gross Adj. % | $ |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No sales within the | No sales within the | No sales within the | |
| Price of Prior Sale/Transfer | past 36 months. | past 36 months. | past 36 months. | |
| Data Source(s) | MLS,Public Records,B&T | MLS,B&T,Public Records | MLS,B&T,Public Records | |
| Effective Date of Data Source(s) | 12/8/05 | 12/8/05 | 12/8/05 | |

Summary of Sales Comparison Approach

ADDENDUM

| | | |
|---|---|---|
| Borrower: Evan Blum | | File No.: 52102402a |
| Property Address: 222 Alton Bradford Road | | Case No.: 1083781 |
| City: Hopkinton | State: RI | Zip: 02808 |
| Lender: American Home Mortgage | | |

**Comments on Sales Comparison**
The four sales are considered the best indicators of value for the subject property. All four sales are similar size, condition, location and provide similar amenities as that of the subject property. Sale two is given the most weight due to style, view, and similarities. Sales one, three, four, and five provide additional support as it pertains to view and it size.

Gross living area adjustments made at $10 per square foot with no adjustments made for differences less than 100 square feet. Bathroom adjustments made at $4,000 per full bath and $2,000 per half bath.

Adjustments made proportionally to comparables based on the market's desire for amenities possessed and not possessed by the subject.

Site adjustments made based on land to value ratios of the subject's market.

Adjustments made at $6,000 for full basement, $2,000 for functional utility, $2,000 per garage, $3,000 for finished basement, $3,000 for dock, $1,000 for outbuilding, $2,000 for fireplace, $1,000 for wood stove, $25,000 for water frontage, and $10,000 for waterview.

FNMA suggests comparables be within six months, one mile, and have gross adjustments less than 25%, net adjustments less than 15%, and individual adjustments not exceeding 10%.

There were 39 sales over the last six months. Of those 39 sales, there were within one mile of the subject and three were used. Due to the lack of similar properties with similar views, it was necessary to exceed the desired FNMA guidelines to obtain more reliable data.

The subject is zoned forestry and can not be subdivided. Comparable five lot adjustment was higher due to the ability of the property being subdivided legally.

**Conditions of Appraisal**
The subject is situated on 20.59 Acres of land and zoned forestry. The land cannot be subdivided or built upon. Per the request of the lender, the report will only include 10 Acres with the remaining being excess land. Land considered is from street frontage back to the river frontage.

Comparables chosen are the best available as it pertains to the bracketing of lot size within this report. It is the opinion of the appraiser that the comparables are viable and representative of properties and lot sizes within the market.

The market possesses properties with similar lot sizes which would be considered typical. The immediate neighborhood does not possess lot sizes similar to the subject due to river only abutting two properties with it's frontage. Although none of the comparables with similar lot sizes are within one mile of the subject, this has no affect on it's marketability as the typical buyer would consider another competing market when in search of a similar property.

The land could not be used for commercial use, and its current use is it's highest and best use due to it's current zoning laws. It's future use, according to the zoning department, is it's current use.

The outbuilding described in the report is used as a building to grow plants and for other hobbies.

SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Evan Blum | File No.: 521024/02a |
| Property Address: 222 Alton Bradford Road | Case No.: 1033761 |
| City: Hopkinton State: RI | Zip: 02808 |
| Lender: American Home Mortgage | |



FRONT VIEW OF SUBJECT PROPERTY

Appraised Date: December 8, 2005
Appraised Value: $ 450,000



REAR VIEW OF SUBJECT PROPERTY



STREET SCENE

Forsythe APPRAISALS, LLC

**COMPARABLE PROPERTY PHOTO ADDENDUM**

| | | |
|---|---|---|
| Borrower: Evan Blum | | File No.: 52102402a |
| Property Address: 222 Alton Bradford Road | | Case No.: 1028781 |
| City: Hopkinton | State: RI | Zip: 02808 |
| Lender: American Home Mortgage | | |



**COMPARABLE SALE #1**

25 Willow Drive
Hopkinton, RI 02832
Sale Date: 7/27/05 TT
Sale Price: $ 422,000



**COMPARABLE SALE #2**

155 Arcadia Road
Hopkinton, RI 02832
Sale Date: 9/30/05 TT
Sale Price: $ 430,000



**COMPARABLE SALE #3**

100 Cedarwood Lane
Hopkinton, RI 02832
Sale Date: 10/31/05 TT
Sale Price: $ 440,000

Forsythe
APPRAISALS, LLC

**COMPARABLE PROPERTY PHOTO ADDENDUM**

| | | | |
|---|---|---|---|
| Borrower: Evan Blum | | File No.: 52102402a | |
| Property Address: 222 Alton Bradford Road | | Case No.: 1063761 | |
| City: Hopkinton | State: RI | | Zip: 02808 |
| Lender: American Home Mortgage | | | |



**COMPARABLE SALE #4**

10 Ryan Circle
Hopkinton, RI 02832
Sale Date: 12/17/04 TT
Sale Price: $ 450,000



**COMPARABLE SALE #5**

69-73 North Road
Hopkinton, RI 02832
Sale Date: 6/31/05 TT
Sale Price: $ 465,000

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

Forsythe

| | |
|---|---|
| Borrower: Evan Blum | File No.: 521024020 |
| Property Address: 222 Alton Bradford Road | Case No.: 109378 |
| City: Hopkinton | State: RI Zip: 02808 |
| Lender: American Home Mortgage | |



Kitchen



Livingroom



Bathroom

Forsythe APPRAISALS, LLC

| | | |
|---|---|---|
| Borrower: Evan Blum | | File No.: 52102402a |
| Property Address: 222 Alton Bradford Road | | Case No.: 1098761 |
| City: Hopkinton | State: RI | Zip: 02808 |
| Lender: American Home Mortgage | | |



River frontage with Dock



Out building

Forsythe

## FLOORPLAN

| | | |
|---|---|---|
| Borrower: Evan Blum | | File No.: 52102402a |
| Property Address: 222 Alton Bradford Road | | Case No.: 1093781 |
| City: Hopkinton | State: RI | Zip: 02808 |
| Lender: American Home Mortgage | | |




Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | [illegible] | [illegible] |
| | Net LIVABLE Area | (Rounded) | 2344 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| [illegible] x [illegible] | [illegible] |
| [illegible] x [illegible] | [illegible].0 |
| [illegible] x [illegible] | [illegible] |
| 3 Items (Rounded) | 2344 |

Forsythe Appraisals, LLC

1023 Waterman Avenue, East Providence, RI 02914 Phone: (401) 490-9831 // Fax: (401) 490-9535

**LOCATION MAP**

| | |
|---|---|
| Borrower: Evan Blum | File No.: 52102402a |
| Property Address: 222 Alton Bradford Road | Case No.: 1093751 |
| City: Hopkinton | State: RI Zip: 02808 |
| Lender: American Home Mortgage | |



Forsythe

1023 Waterman Avenue, East Providence, RI 02914 Phone: (401) 490-6531 // Fax: (401) 490-6535

Borrower: Evan Blum | File No.: 521024026
Property Address: 222 Alton Bradford Road | Case No.: 1039781
City: Hopkinton | State: RI | Zip: 02808
Lender: American Home Mortgage

# State of Rhode Island and Providence Plantations

Department of Business Regulation

Division of Commercial Licensing and Regulation

Real Estate Appraisers Section

233 Richmond St., Suite 230

Providence, RI 02903-4230

## Certified Residential Appraiser

Certification No. [illegible] This Certification Expires on [illegible]

(In accordance with Title V Chapter 20.7 of the General Laws of Rhode Island relating to Real Estate Appraisers)

Pursuant to vested authority and having received full payment of the required fee, the Director of the Department of Business Regulation has licensed/certified:

RICHARD D. [illegible]

The person named herein may engage in the business of appraisal practice provided he/she shall in all respects conform to the provisions of Title V Chapter 20.7 of the General Laws of Rhode Island 1956, as amended, and the rules and regulations issued under authority thereof, beginning 12/1/2003 and ending 12/1/2005 unless this license is [illegible] revoked or voluntarily returned to the Department during this period.

Chairman, Real Estate Appraisers Board

Director of Business Regulation

Forsythe Appraisals LLC

1023 Waterman Avenue, East Providence, RI 02914 Phone: (401) 490-9531 // Fax: (401) 490-9535