LAW OFFICES OF
ORSINGER & NARDONE
53 HIGH STREET, PO BOX 558
WESTERLY, RHODE ISLAND 02891-0558

VICTOR J. ORSINGER
WILLIAM A. NARDONE
JON D. LALLO*
*ALSO ADMITTED IN CT

TELEPHONE: 401-596-2094
FACSIMILE: 401-596-4555

EMAIL: vjo@oanlaw.com

October 20, 2005

Mr. Evan Blum
216 East 125th Street
New York, NY 10035

Re: Salomon - Alton Bradford Road

Dear Evan:

Enclosed is your copy of the fully executed Sales Agreement for the property at 222 Alton Bradford Road in the Town of Hopkinton, Rhode Island.

Although closing is targeted for December 30, 2005, I would appreciate it if you could exercise your best efforts to arrange for financing and closing prior to that date. Obviously, if you have any time constraints or other difficulties with your lender, please let me know so I will keep the Salomons informed of a realistic closing timetable.

Also, please let me know if you have contacted a lawyer to do your title work, so that I can coordinate closing arrangements with him.

Very truly yours,

Victor J. Orsinger

VJO:bt
Enclosure

b5o20let-2.sam5

EXHIBIT 'C'