CA07-009T

LDA

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-03149-WHP**
**Internal Use Only**

Blum v. Salomon et al
Assigned to: Judge William H. Pauley, III
Cause: 28:1332 Diversity-Other Contract

Date Filed: 04/24/2006
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Evan Blum** represented by **Evan Blum**
216 East 125th Street
New York, NY 10035
PRO SE

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY [signature]
DEPUTY CLERK

V.

**Defendant**

**Milton Salomon**

**Defendant**

**Betty Salomon**

**Defendant**

**David Salomon**

**Defendant**

**Deborah Salomon**

**Defendant**

**Victor Orsinger** represented by **A. Michael Furman**
Kaufman, Borgeest & Ryan
99 Park Avenue
New York, NY 10016
(212) 980-9600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2006 | 1 | COMPLAINT against Milton Salomon, Betty Salomon, David Salomon, Deborah Salomon, Victor Orsinger. (Filing Fee $ 350.00, Receipt Number 577472)Document filed by Evan Blum.(jbe, ) (Entered: 04/25/2006) |
| 04/24/2006 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (jbe, ) |

| | | |
|---|---|---|
| | | (Entered: 04/25/2006) |
| 05/17/2006 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint. Milton Salomon served on 4/29/2006, answer due 5/19/2006. Service was accepted by personal svc. Document filed by Evan Blum. (cd, ) (Entered: 05/23/2006) |
| 05/17/2006 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. Betty Salomon served on 4/29/2006, answer due 5/19/2006. Service was accepted by personal svc. Document filed by Evan Blum. (cd, ) (Entered: 05/23/2006) |
| 05/17/2006 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint. David Salomon served on 5/2/2006, answer due 5/22/2006. Service was accepted by personal svc. Document filed by Evan Blum. (cd, ) (Entered: 05/23/2006) |
| 05/17/2006 | 6 | AFFIDAVIT OF SERVICE of Summons and Complaint. Victor Orsinger served on 5/4/2006, answer due 5/24/2006. Service was accepted by personal svc. Document filed by Evan Blum. (cd, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2 | ENDORSED LETTER addressed to Judge William H. Pauley, III from Robert Guttmann dated 5/17/06, Milton Salomon answer due 6/19/2006; Betty Salomon answer due 6/19/2006; David Salomon answer due 6/19/2006; Deborah Salomon answer due 6/19/2006; Victor Orsinger answer due 6/19/2006. (Signed by Judge William H. Pauley III on 5/17/06) (sac, ) (Entered: 05/22/2006) |
| 06/01/2006 | 7 | ENDORSED LETTER addressed to Judge William H. Pauley from A. Michael Furman and Yoav Griver dated 5/23/06 re: counsel requests that a premotion conference be held. Application granted. Premotion conference set for June 5, 2006 at 11:00 a.m.. (Signed by Judge William H. Pauley III on 5/30/06) (dle, ) (Entered: 06/02/2006) |
| 06/13/2006 | 8 | ENDORSED LETTER addressed to Judge William H. Pauley from Evan Blum dated 6/1/2006 re: a request for an adjournment of the conference. ENDORSEMENT: Application granted. Premotion conference adjourned to 7/28/2006 at 11:30 a.m. SO ORDERED. (Signed by Judge William H. Pauley III on 6/5/06) (kco, ) (Entered: 06/13/2006) |
| 06/26/2006 | 10 | MOTION; for an order pursuant to Rules 12(B)(2) and 12(B)(3) of the F.R.C.P. to Dismiss for Lack of Jurisdiction and improper venue; MOTION to Transfer Case; w/ attch. Declaration in support of Yoav M. Griver, Esq. Document filed by Victor Orsinger. (pl, ) (Entered: 06/28/2006) |
| 06/26/2006 | 11 | MEMORANDUM OF LAW in Support re: [10] MOTION to Dismiss for Lack of Prosecution. MOTION to Transfer Case. MOTION to Dismiss for Lack of Prosecution. MOTION to Transfer Case.. Document filed by Victor Orsinger. (pl, ) (Entered: 06/28/2006) |
| 06/26/2006 | 12 | MEMORANDUM OF LAW in Support re: [10] MOTION to Dismiss for Lack of Prosecution. MOTION to Transfer Case. MOTION to Dismiss for Lack of Prosecution. MOTION to Transfer Case.. Document filed by Milton Salomon, Betty Salomon, David Salomon, Deborah Salomon. |

| | | |
|---|---|---|
| | | (pl, ) (Entered: 06/28/2006) |
| 06/26/2006 | 13 | NOTICE to Pro Se Litigant pursuant to Local Rule 12.1 opposing motion to dismiss the amended complaint. Document filed by Milton Salomon, Betty Salomon, David Salomon, Deborah Salomon. (pl, ) (Entered: 06/28/2006) |
| 06/27/2006 | 9 | ENDORSED LETTER: addressed to Judge William H. Pauley III from Evan Blum dated 6/15/2006 re: requesting that the Court restore the date of 7/28 for the pre motion conference. ENDORESEMENT: Application denied. So Ordered. (Signed by Judge William H. Pauley III on 6/16/2006) (lb, ) (Entered: 06/27/2006) |
| 06/27/2006 | 15 | SCHEDULING ORDER No. 3: Defendants shall file and serve their answer or their motion to dismiss by 6/23/2006. Responses due by 7/28/2006. Replies due by 8/4/2006. (Signed by Judge William H. Pauley III on 6/23/2006) (lb, ) (Entered: 07/07/2006) |
| 06/29/2006 | 14 | ENDORSED LETTER addressed to Judge William H. Pauley III from Yoav M. Griver and A. Michael Furman dated 6/12/2006 re: defendants respectfully requesting that the Court reschedule the pre-motion conference to 6/19/2006, or a date soon thereafter. ENDORSEMENT: Application Granted. Conference re-set for 6/23/2006 at 2:15 p.m. So Ordered. (Signed by Judge William H. Pauley III on 6/14/2006) (lb, ) (Entered: 06/29/2006) |
| 08/07/2006 | 16 | REPLY MEMORANDUM OF LAW in Support re: [10] MOTION to Dismiss for Lack of Prosecution. MOTION to Transfer Case. MOTION to Dismiss for Lack of Prosecution. MOTION to Transfer Case.. Document filed by Milton Salomon, Betty Salomon, David Salomon, Deborah Salomon, Victor Orsinger. (jmi, ) (Entered: 08/08/2006) |
| 08/07/2006 | 17 | AFFIDAVIT of Robert Guttmann. Document filed by Milton Salomon, Betty Salomon, David Salomon, Deborah Salomon, Victor Orsinger. (jmi, ) (Entered: 08/08/2006) |
| 12/26/2006 | 18 | MEMORANDUM AND ORDER this action is transferred to the District of Rhode Island pursuant to 28 U.S.C. 1404(a). Defendants' motion to transfer the action pursuant to 28 U.S.C. 1406(a). is denied finding as moot [10] Motion to Dismiss for Lack of Prosecution, denying [10] Motion to Transfer Case . (Signed by Judge William H. Pauley III on 12/26/2006) (jmi, ) Modified on 12/27/2006 (jmi, ). (Entered: 12/27/2006) |