JFP:pac 6731/59 \pleading\673159EntryAppear.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EVAN BLUM | : | |
| | : | |
| VS. | : | C. A. NO. 07-009 T |
| | : | |
| MILTON SALOMON, ET AL | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant, Victor Orsinger, in the above-entitled matter.

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I hereby certify that I mailed a copy of the above by regular mail, postage prepaid, to Mr. Evan Blum, 216 East 125th Street, New York, NY 10036, who is a pro se litigant and also a non-registered participant in the Electronic Filing System, on this 15th day of January, 2007.

/s/ Joseph F. Penza, Jr.