**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EVAN BLUM

v. Cr. 07-009T

MILTON SALOMON, et al.

**ORDER CONDITIONALLY GRANTING MOTION TO DISMISS**

Victor Orsinger's motion to dismiss the complaint for failure to comply with Fed. R. Civ. P. 8 is herewith granted without prejudice to the plaintiff's right to file an amended complaint on or before March 22, 2007, setting forth the specific misrepresentations allegedly made to the plaintiff; who allegedly made them; and what claims are being asserted against each defendant.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres

Senior Judge Ernest C. Torres

2/22/07