JFP:co 6731/59 \pleading\673159Stip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EVAN BLUM | : | |
| | : | |
| VS. | : | C. A. NO. 07-009 T |
| | : | |
| MILTON SALOMON, ET AL | : | |

**STIPULATION**

The plaintiff, Evan Blum, may have up to and including February 26, 2007, to respond to the defendant, Victor Orsinger's, motion to dismiss pursuant to Rule 8.

Mr. Evan Blum
***Pro Se* Plaintiff**
216 East 125th Street
New York, NY 10036
PHONE: (212) 860-1138

Joseph F. Penza, Jr., Esq. #0607
**Attorney for Defendant, Victor Orsinger**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 1·30·07 to:

Barry J. Kusinitz, Esq.
155 South Main Street, Suite 405
Providence, RI 02903

Mr. Evan Blum
216 East 125th Street
New York, NY 10036

______________________