UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EVAN BLUM, Plaintiff | ) | |
| v. | ) | C.A. 07-009T |
| BETTY SALOMON, individually and in her Capacity as executrix of THE ESTATE OF MILTON SALOMON, and DAVID SALOMON, Defendants | ) | JURY DEMAND |

**ENTRY OF APPEARANCE**

J. Richard Ratcliffe, Esq. hereby enters his appearance on behalf of plaintiff Evan Blum.

The Plaintiff
Evan Blum
By his Attorney,

/s/ J. Richard Ratcliffe

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: 401-331-3400
Fax: 401-331-3440

Date: March 22, 2007

**CERTIFICATION**

I hereby certify that on the 22nd day of March, 2007, a true and accurate copy of the within was e-mailed with the court and as a result the following will be noticed electronically at the time of filing:

Barry J. Kusinitz, Esq.
155 South Main Street
Providence, RI 02903

Joseph F. Penza, Jr. Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

/s/ J. Richard Ratcliffe