**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EVAN BLUM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: 07-009T |
| BETTY SALOMON, ET AL., | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Evan Blum hereby dismisses without prejudice his previous claims against Deborah Salomon. This motion is supported by Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: March 29, 2007

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, #2603
Attorney for Plaintiff
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903
Tel: 401-331-3400
Fax: 401-331-3440

/s/ Joseph F. Penza, Jr
Joseph F. Penza, Jr., Esp., #0607
Attorney for Victor Orsinger
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886
Tel: 401-737-3700
Fax: 401-737-5499

/s/ Barry J. Kusinitz
Barry J. Kusinitz, Esq. #1404
Attorney for Defendants
155 South Main Street
Providence, RI 02903
Tel: 401-831-4200
Fax: 401-831-7053