JFP:pac 6731/59 \pleading\673159DismStip.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EVAN BLUM | : | |
| | : | |
| VS. | : | C. A. NO. 07-009 T |
| | : | |
| MILTON SALOMON, ET AL | : | |

**STIPULATION**

Plaintiff's claim against Victor Orsinger is hereby dismissed without prejudice. No costs.

/s/ J. Richard Ratcliffe, Esq.
J. Richard Ratcliffe, Esq. #2603
Attorney for Plaintiff
RATCLIFFE, BURKE, HARTEN &
ELIAS LLP
1600 Financial Plaza
Providence, RI 02903
PHONE: (401) 331-3400
FAX: (401) 331-3440

/s/ Barry J. Kusinitz
Barry J. Kusinitz, Esq. #1404
Attorney for Defendants
155 South Main Street, Suite 405
Providence, RI 02903
PHONE: (401) 831-4200
FAX: (401) 831-7053

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq. #0607
Attorney for Victor Orsinger
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**Dated: April 2, 2007**