**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MILTON SALOMON and BETTY SALOMON,<br>Plaintiffs,<br>vs.<br>EVAN BLUM,<br>Defendant. | Case No.: 06-0289T |

## MOTION TO AMEND

Now with the aid of counsel, the Defendant, Evan Blum, moves to amend his answer in the above-captioned civil action. This motion is supported by Rule 15(a) of the Federal Rules of Civil Procedure and the accompanying memorandum. A proposed order is attached hereto as Exhibit 1, and the proposed amended answer is attached as Exhibit 2.

Dated this 18th day of May, 2007

The Plaintiff,
Evan Blum,
By his Attorney,

Ratcliffe Burke Harten & Elias, LLP

/s/ J. Richard Ratcliffe, #2603
Jeffrey Biolchini, #7320
1600 Financial Plaza
Providence, R.I. 02903
(401)331-3400
(401)331-3440 Fax

**CERTIFICATION**

I hereby certify that on the 18th day of May, 2007, a true and accurate copy of the within was mailed, postage prepaid, to:

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

Kathleen Dias
_______________________

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MILTON SALOMON and BETTY SALOMON, Plaintiffs, | ) | |
| vs. | ) | Case No.: 06-0289T |
| EVAN BLUM, Defendant. | ) | |

**ORDER ALLOWING MOTION TO AMEND**

On May 18, 2007, Defendant Evan Blum filed a motion to amend his answer in the above-captioned civil action. Upon due consideration of said motion, and pursuant to Fed. R. Civ. P 15(a), it is hereby

ORDERED, ADJUDGED, AND DECREED:

Defendant Evan Blum's Motion to Amend his answer is allowed.

Entered as an Order of this Court on the ____ day of May, 2007.

ENTERED ______________________

PER ORDER ______________________

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MILTON SALOMON and BETTY SALOMON, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 06-0289T |
| vs. | ) | |
| | ) | JURY DEMAND |
| EVAN BLUM, | ) | |
| Defendant. | ) | |

**DEFENDANT EVAN BLUM'S**
**FIRST AMENDED ANSWER**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and in accordance with this Court's order of ___________, the Defendant, Evan Blum ("Mr. Blum"), hereby amends his pleading in the above-captioned matter as follows.

1. Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

2. Admitted.

3. Admitted.

4. Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

5. Admitted that Deborah Salomon told Mr. Blum that Milton Salomon was ill, that the Salomon's intended to sell the Property, and that Mr. Blum expressed an interest in acquiring the Property; otherwise, Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

6. Admitted that the Plaintiffs' asking price for the Property was $850,000.00 and that the quoted text partially reflects the content of the solicitation; otherwise, Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

7. Admitted that Mr. Blum expressed an interest in buying the property; otherwise denied.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied.

13. Admitted.

14. Admitted.

15. Admitted that Attorney Michael Shanker issued the check described in this averment; otherwise, Mr. Blum is without knowledge sufficient to form a belief as to the truth of this allegation and thus leaves the Plaintiffs to their proof.

16. Admitted.

17. Admitted.

18. Admitted that the telephone call occurred and that Mr. Blum and Attorney Salomon discussed the parties' agreement and appraisal of the Property; otherwise denied.

19. Admitted.

20. Admitted that Mr. Blum spoke with Milton Salomon on December 27, 2005, in Narragansett, Rhode Island on the subject of the Property, and that the quoted text partially reflects Milton Salomon's response; otherwise denied.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted that Attorney John Gentile advised Attorney Victor Orsinger that he would refer Mr. Blum to Attorney Vincent Naccarato in the event of litigation, and that Attorney Naccarato sent the letter referenced in this averment to Attorney Orsinger; otherwise denied.

25. Admitted.

**COUNT I**
*Breach of Contract*

26. Mr. Blum incorporates in this answer all answers respectively set forth above.

27. Denied.

28. Denied.

**COUNT II**
*Declaratory Judgment*

29. Mr. Blum incorporates in this answer all answers respectively set forth above.

30. This paragraph states a conclusion of law to which no response is required. To the extent that this paragraph contains any allegations of fact, such allegations are expressly denied.

**COUNT III**
*Injunctive Relief*

31. Mr. Blum incorporates in this answer all answers respectively set forth above.

32. Denied.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

Mr. Blum is not bound by the parties' agreement as his assent was obtained by way of fraudulent inducement.

SECOND AFFIRMATIVE DEFENSE

Mr. Blum is not bound by the parties' agreement as the agreement is voidable due to the Plaintiffs' negligent misrepresentations of fact with respect to the Property.

THIRD AFFIRMATIVE DEFENSE

Mr. Blum is not bound by the parties' agreement as both parties to this action have labored under a mutual mistake as to a basic contractual assumption.

FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs are not entitled to any equitable or injunctive relief as they come to this Court with unclean hands and present no irreparable harm.

WHEREFORE, the Defendant, Evan Blum, demands judgment dismissing the Plaintiffs' complaint.

Dated this 18th day of May, 2007

The Plaintiff,
Evan Blum,
By his Attorney,

Ratcliffe Burke Harten & Elias, LLP

J. Richard Ratcliffe, #2603
Jeffrey Biolchini, #7320
1600 Financial Plaza
Providence, R.I. 02903
(401)331-3400
(401)331-3440 Fax

**CERTIFICATION**

I hereby certify that on the 18th day of May, 2007, a true and accurate copy of the within was mailed, postage prepaid, to:

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

______________________________